UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                 CRIMINAL NO: 10-20123

v.                             HONORABLE VICTORIA A. ROBERTS
                                     MAG. JUDGE DONALD A. SCHEER

DAVID BRIAN STONE, et al.,

      Defendant.

_____/

## ORDER

This matter is before the Magistrate Judge on Defendant Joshua Matthew Stone's Consolidated Motion to Require the Government to Produce Live Testimony at Detention Hearing filed March 31, 2010 and other Defendants' Joinder in the Motion. After consideration of the Motion and the Government's Response and for reasons stated on the record at the April 1, 2010 detention hearing;

IT IS ORDERED that Defendant's Motion is HEREBY DENIED.

                           s/Donald A. Scheer
                           DONALD A. SCHEER
                           U.S. MAGISTRATE JUDGE

DATED: April 13, 2010

_____

## CERTIFICATE OF SERVICE

      I hereby certify on April 13, 2010 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on April 13, 2010: **None.**

                           s/Michael E. Lang
                           Deputy Clerk to
                           Magistrate Judge Donald A. Scheer
                           (313) 234-5217