UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                              CRIMINAL NO. 10-20123

        Plaintiff,                      HON. VICTORIA A. ROBERTS

vs.

D-2 DAVID BRIAN STONE, JR.,

        Defendant.

_____/

<u>STIPULATED ORDER OF CONDITIONS OF RELEASE</u>

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America and the defendant, through his counsel, as follows:

1.    Title 18, United States Code, Section 3142(c) allows for release on conditions, if the Court determines that the conditions imposed are the least restrictive ones necessary to reasonably assure the appearance of the person as required and the safety of the community.

2.    The parties agree that the following conditions will reasonably assure the appearance of the defendant as required and the safety of the community and are the least restrictive conditions reasonably available:

    a.    The defendant shall be subject to home incarceration with electronic monitoring via active GPS.

        (1)    Home incarceration is defined to be 24-hour-a-day restriction to one's assigned residence, except for medical necessities, religious services, court appearances, attorney visits, or other activities, including employment,

1

specifically agreed to between the parties, and reasonable travel time to and from such activities.

(2)     Authorization for any such activities requires the preapproval of the Pretrial Services Office or supervising officer, and may only be granted if the defendant  provides  the specific times, locations, and purposes of such activities.  Notification and approval for recurring activities, such as location and hours of employment, is acceptable.

(3)     The defendant's authorized travel is restricted to the Eastern District of Michigan.

b.     The defendant–

(1)     cannot apply for a license to carry or purchase a firearm;

(2)     cannot drink any beverage containing alcohol;

(3)     cannot use any controlled substance without a physician's prescription;

(4)      is subject to drug testing and/or treatment;

(5)     will report to the Pretrial Services on a weekly basis;

(6)     will provide phone records to Pretrial Services as directed;

(7)     will submit to random visits by Pretrial Services;

(8)     will seek and maintain employment;

(9)     cannot posses, borrow, or be near firearms, ammunition, explosives, destructive devices, or other dangerous weapons;

(10)     cannot have contact with any co-defendant, without counsel present;

(11)     cannot have contact with any witness, without counsel present;

(12)   cannot associate with, have contact with, or communicate with any convicted felon;

(13)   cannot associate with, have contact with, or communicate with any militia or paramilitary group and/or person associated with any militia or paramilitary group, including the Hutaree, without counsel present;

(14)   cannot participate in militia or paramilitary activities;

(15)   cannot apply for a passport;

(16)   cannot use a police scanner; and

(17)   cannot associate with, have contact with, or communicate with law enforcement or other government officials, expect for official law enforcement or government business or if such contact or communication is initiated by law enforcement or government officials, without counsel present.

c.   The defendant will live with his mother, Donna Popejoy, who will serve as his third-party custodian. The third-party custodian will execute a standard agreement to act as third-party custodian. Donna Popejoy, and her husband, will surrender all firearms and other dangerous weapons to Pretrial Services, and will not acquire or possess any additional firearm or dangerous weapon so long as she serves as third-party custodians. Pretrial Services will provide an inventory, including model and serial number, of each firearm so surrendered to the United States Attorney's office.

    d.     To facilitate compliance with this order, the United States will provide Pretrial Services and defendant a list of known and suspected Hutaree members and associates and a tentative list of potential witnesses.

3.    The parties understand and agree that the Court may require any additional conditions of release it deems necessary to reasonably assure the appearance of the defendant as required and the safety of the community.

SO STIPULATED:

s/Richard Helfrick
RICHARD HELFRICK
Attorney for David Stone, Jr.

s/Todd Shanker
TODD SHANKER
Attorney for David Stone, Jr.

s/Joseph L. Falvey, Jr.
JOSEPH L. FALVEY, JR.
Assistant U.S. Attorney

s/Ronald W. Waterstreet
RONALD W. WATERSTREET
Assistant U.S. Attorney

IT IS ORDERED.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 18, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 18, 2010.

s/Carol A. Pinegar
Deputy Clerk