UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 10-1618

UNITED STATES OF AMERICA,
      Plaintiff - Appellant,

v.

DAVID BRIAN STONE; JOSHUA MATTHEW STONE; JOSHUA JOHN CLOUGH;
MICHAEL DAVID MEEKS; THOMAS WILLIAM PIATEK,
      Defendants - Appellees.

> **FILED**
> **Jun 22, 2010**
> LEONARD GREEN, Clerk

Before:  MARTIN, KETHLEDGE, and WHITE, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

_____
Leonard Green, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 22, 2010

Mr. Joseph Falvey
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Ms. Patricia Gaedeke
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Ms. Kathleen Moro Nesi
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Randall C. Roberts
Law Office
117 N. First Street
Suite 104
Ann Arbor, MI 48104

Mr. Mark Allen Satawa
Law Offices
3000 Town Center
Suite 1800
Southfield, MI 48075

Mr. William W. Swor
Law Offices
645 Griswold
Suite 3060 Penobscot Building
Detroit, MI 48226

Mr. James C. Thomas
Plunkett Cooney

535 Griswold Street
Suite 2400 Buhl Building
Detroit, MI 48226

Mr. Jonathan Tukel
U.S. Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Mr. Ronald W. Waterstreet
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Arthur Jay Weiss
Arthur J. Weiss & Associates
30445 Northwestern Highway
Suite 330
Farmington Hills, MI 48334

       Re: Case No. 10-1618, *USA v. David Stone, et al*
          Originating Case No. 10-20123-001

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's opinion together with the judgment which has been entered
in conformity with Rule 36, Federal Rules of Appellate Procedure.

                Yours very truly,

                Leonard Green, Clerk

                Linda K. Martin
                Deputy Clerk

Enclosures

Mandate to issue.