UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                         Case No: 10-20123
                                           Honorable Victoria A. Roberts

DAVID BRIAN STONE, ET AL,

    Defendants.
_____/

## AMENDED ORDER PERTAINING TO JUROR INFORMATION

Jurors who come in for individual voir dire must provide the following information to the Court:

1. Name;

2. Address; and

3. Current place of employment and employment history for the past five years for:

    a. Yourself

    b. Spouse/domestic partner/significant other; and

    c. Children/stepchildren.

This information will be provided to the Court and counsel only, and then will be placed under seal until further order of the Court.

**IT IS ORDERED**.

                                             /s/ Victoria A. Roberts
                                             Victoria A. Roberts
                                             United States District Judge

Dated: January 27, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 27, 2012.

S/Linda Vertriest
Deputy Clerk