UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,             CRIMINAL NO. 10-CR-20123

v.                              HON. VICTORIA A. ROBERTS

D-1 DAVID BRIAN STONE,
D-2 DAVID BRIAN STONE, JR.
D-3 JOSHUA MATTHEW STONE,
D-4 TINA MAE STONE,
D-5 JOSHUA JOHN CLOUGH,
D-6 MICHAEL DAVID MEEKS,
D-7 THOMAS WILLIAM PIATEK,
D-8 KRISTOPHER T. SICKLES,

        Defendants.

_____/


**GOVERNMENT'S PROPOSED EXHIBIT LIST**

The United States, by its undersigned attorney, submits the following list of exhibits that

the Government intends to introduce in the trial of the above-captioned matter:

Recordings[1]

    1.     David Stone, Dan Murray, and Jim Schiel (10/18/08) - 1D1
          A. 77-86
          B. 116-123
          C. 169-178
          D. 184-186
          E. 242-245
          F. 249-258

    2.     David Stone, Dan Murray, Mark Koernke, and Nancy Koernke (11/15/08) - 1D2

---

[1] The individuals listed are the primary participants in the conversation; however, it is not meant to be an exhaustive list for each recording. Other individuals may also be present and recorded during these recordings.

       A. 13-20
       B. 26
       C. 38
       D. 55-57
       E. 91-95

3.    David Stone, Dan Murray, and Joshua Clough (12/20/08) - 1D3
       A. 2-12
       B. 28-36-43-46

4.    David Stone, Dan Murray, Jim Schiel, and Joshua Stone (1/17/09) - 1D5
       A. 55-59
       B. 77-80
       C. 86-111

5.    [Intentionally left blank]

6.    David Stone and Dan Murray (1/30/09) - 1D7
       A. Full transcript

7.    David Stone, Dan Murray, and Eric Jackson (2/1/09) - 1D9
       A. 22-28
       B. 59-60
       C. 103-105
       D. 107-116
       E. 125-128
       F. 132-134
       G. 167-172
       H. 179-184

8.    David Stone, Steven Haug, Dan Murray, and Joshua Stone (2/2/09) - 1D10
       A. 47-50
       B. 58-59

9.    David Stone and Dan Murray (1/26/09) - 1D11
       A. Full transcript

10.    David Stone, Dan Murray, Joshua Stone, and Joshua Clough (2/28/09) - 1D13
       A. 86-92
       B. 103-109
       C. 137-139
       D. 209-210

11.    David Stone and Dan Murray (3/17/09) - 1D14
       A. Full transcript

12. David Stone and Dan Murray (3/15/09) - 1D15
    A. Full transcript

13. David Stone, Dan Murray, Joshua Stone, Ray Stone, and Steve Haug
    (3/24/09) - 1D16
    A. 21-23
    B. 39-41
    C. 81-82
    D. 82-87
    E. 96-97
    F. 115-116
    G. 153-162

14. David Stone and Steve Haug (4/21/09) - 1D17
    A. Full transcript

15. David Stone and Dan Murray (5/29/09) - 1D20
    A. Full transcript

16. David Stone and Dan Murray (6/5/09) - 1D22
    A. 3-7
    B.16-22
    C. 25-26
    D. 35-37
    E. 71-73
    F. 75-78
    G. 82-87
    H. 99-102
    I. 103-109
    J. 119-124

17. David Stone, Dan Murray, Eric Jackson, Joshua Stone, and David Stone Jr.
    (6/12/09) - 1D24
    A. 1-14
    B. 35-40
    C. 45-47
    D. 53-57
    E. 64-84
    F. 128-132
    G. 143-146

18. David Stone, Steve Haug, Dan Murray, Joshua Stone, Ken Lineweaver, David
    Stone Jr., Michael Meeks, Shannon Witt, Nate LNU, Tom LNU, Jeff LNU, Jess
    LNU, Eric Jackson, Joshua Clough, and Dan LNU (6/13/09) - 1D26
    A. 19
    B. 48-49

C. 90-94
D. 96-103
E. 125-128
F. 144-145
G. 156
H. 159-163
I. 168-180
J. (Session 2) 1-4
K. 7-9
L. 10
M. 11-16
N. 25-27
O. 104
P. 106-107
Q. 109-110

19.   David Stone and Steve Haug (5/13; 6/9 & 6/22/09) - 1D27
A. Full transcript

20.   David Stone and Shannon Witt (6/26/09) - 1D28
A. 3-5
B. 15
C. 18-20
D. 26-27
E. 31-39
F. 54-59
G. 64-86
H. 88-90
I.  101-106
J.  109
K. 112-113

21.   David Stone, Steve Haug, Joshua Stone, Jacob Ward, Eric Jackson, Ken
Lineweaver, Wendy Lineweaver, Thomas Piatek, and Michael Meeks (7/25/09) -
1D30
A. 4-6
B. 8-13
C. 14-16
D. 17
E. 19-21
F. 22-28
G.  29-30
H.  59-61
I.  62-64
J.  83-84
K.  104-105

4

22.     David Stone and Dan Murray (7/25/09) - 1D31
        A. 6-7
        B. 9-17
        C. 75-77

23.     David Stone and Dan Murray (8/2/09) - 1D32
        A. Full transcript

24.     David Stone, Steven Haug, Joshua Stone, Shannon Witt, and Pete LNU
        (8/13/09) - 1D36
        A. 8-10
        B. 11-12
        C. 12-26
        D. 28-31
        E. 38-47
        F. 48-52
        G. 59
        H. 60-61
        I.  62-64
        J.  65-69
        K. 76-77
        L. 90-95
        M. 97-99
        N. 100-106
        O. 112
        P. 122-123
        Q. 126-129

25.     David Stone, Dan Murray, Joshua Stone, Ian Swisher, Joshua Clough, Shannon
        Witt, and Tina Stone (8/22/09) - 1D38
        A. 15-25
        B. 54-57
        C. 82-90
        D. 128-129
        E. 158-160

26.     [Intentionally left blank]

27.     David Stone, Steve Haug, Joshua Stone, Joshua Clough, Shannon Witt, and
        Michael Meeks (8/27/09) - 1D39
        A. 61-83
        B. 84-94
        C. 94-96
        D. 104-106
        E. 113-118

5

F. 120
G. 129
H. 135-136
I. 153-154
J. 158-160
K. 172-173
L. 194-195
M. 196-203
N. 209-214
O. 226-229
P. 232-242
Q. 246-248

28. David Stone, Steve Haug, Joshua Stone, Joshua Clough, Shannon Witt, and Michael Meeks (8/27/09) - 1D40
    A. Full transcript

29. David Stone and Steve Haug (8/26/09) - 1D41
    A. Full transcript

30. David Stone and Dan Murray (8/4/09) - 1D44
    A. Transcript

31. David Stone and Steve Haug (9/8/09) - 1D45
    A. Full transcript

32. David Stone and Dan Murray (9/12/09) - 1D46
    A. Full transcript

33. David Stone and Dan Murray (9/11/09) - 1D47
    A. Full transcript

34. David Stone, Dan Murray, Tina Stone, Joshua Stone, Shannon Witt, and Brittany Bryant (9/13/09) - 1D48
    A. 16-24
    B. 29-30
    C. 35-52
    D. 56-64
    E. 69

35. David Stone, Steve Haug, Joshua Stone, Joshua Clough, Shannon Witt, and Michael Meeks (8/27/09) - 1D49
    A. 1-6
    B. 7-11
    C. 11
    D. 15-17

6

E. 18-19
F. 25-28
G. 30-31
H. 41
I. 49-50

36.　David Stone, Steve Haug, Joshua Stone, and Shannon Witt (10/6/09) - 1D51
A. 1-2
B. 8-9
C. 45-47
D. 49-50
E. 60-61
F. 96-97
G. 128-132

37.　David Stone, Dan Murray, Joshua Stone, Joshua Clough, Jacob Ward, Thomas Piatek, and Kristopher Sickles (11/7/09) - 1D53
A. 62-66

38.　[Intentionally left blank]

39.　David Stone, Steve Haug, Joshua Stone, David Stone Jr., Jacob Ward, and Thomas Piatek (11/7/09) - 1D54
A. 42-43
B. 47-48
C. 78-79
D. 112-116
E. 118-120
F. 136-138
G. 167-174

40.　[Intentionally left blank]

41.　David Stone and Dan Murray (10/7/09) - 1D59
A. Full transcript

42.　David Stone, Steve Haug, and Joshua Stone (12/4/09) - 1D63
A. Full transcript

43.　David Stone, Steve Haug, David Stone Jr., Joshua Stone, and Jennifer Michaels (12/12/09) - 1D65
A. 25-44
B. 123-125
C. 127-129

44.　Joshua Stone and Steve Haug (12/13/09) - 1D66

7

A. Full transcript

45. David Stone, Dan Murray, Joshua Stone, Joshua Clough, David Stone Jr., and Shannon Witt (12/12/09) - 1D67
A. 29-39

46. David Stone, Dan Murray, Joshua Stone, Tina Stone, Joshua Clough, Jerod Lineweaver, Michael Meeks, Robert LNU, Kristopher Sickles, Justin Shaw, and Steve Haug (1/9/10) - 1D71
A. 4-10
B. 33-40
C. 46-53
D. 67-74
E. 82-89
F. 100-105

47. [Intentionally left blank]

48. David Stone, Steve Haug, Joshua Stone, David Stone Jr., Tina Stone, Dan Kelly, Jasmin Culver, Rich Kelly, Shannon Witt, Michael Meeks, Jacob Ward, Joshua Clough, Jared Lineweaver, Justin Shaw, Robert LNU, Dan Murray, and Kristopher Sickles (1/9/10) - 1D73
A. 4-5
B. 42-53
C. 64-65
D. 67-71
E. 72-79
F. 83
G. 86
H. 89-90
I. 97-100
J. 112-114
K. 137-138
L. 151-153
M. 172-176
N. 194-196

49. David Stone, Steve Haug, and Tina Stone (1/14/10) - 1D74
A. 4-6
B. 7-19
C. 26-30
D. 33-34
E. 37-52
F. 56-60
G. 72-73
H. 75

      I. 78-79
      J. 81-87
      K. 87-90
      L. 116

50. David Stone and Dan Murray (1/17/10) - 1D75
    A. Full transcript

51. David Stone, Dan Murray, and Joshua Stone (1/17/10) - 1D76
    A. Full transcript

52. David Stone and Dan Murray (1/7/10) - 1D77
    A. Full transcript

53. David Stone and Dan Murray (12/28/09) - 1D78
    A. Full transcript

54. David Stone, Steve Haug, Joshua Stone, Michael Meeks, Joshua Clough, and Thomas Piatek (2/6/10) - 1D80
    A. 11
    B. 29-31
    C. 37-39
    D. 47-52
    E. 189-191
    F. 212-221
    G. 222-223
    H. 234-235
    I. 243-245
    J. 254-261

55. [Intentionally left blank]

56. David Stone and Steven Haug (2/3/10) - 1D81
    A. Full transcript

57. Shannon Witt message on Steve Haug's phone (2/8/10) - 1D82
    A. Full transcript

58. David Stone, Steve Haug, Joshua Stone, Michael Meeks, Joshua Clough, Tina Stone, and Thomas Piatek (2/6/10) - 1D83
    A. 9
    B. 20-21
    C. 26-29
    D. 34-35
    E. 53

59. David Stone, Steve Haug, Joshua Stone, David Stone Jr., Tina Stone, Shannon Witt, Michael Meeks, Jacob Ward, Joshua Clough, Jared Lineweaver, Wendy Lineweaver, Eric Jackson, Britanny Bryant, and Kristopher Sickles (2/20/10) - 1D84
A. 5
B. 6-7
C. 75-84
D. 86-102
E. 132-138
F. 200-201
G. 211
H. 211-236
I. 309-313
J. 324-325
K. 329-330

60. [Intentionally left blank]

61. David Stone and Steve Haug (2/18; 2/19/10) - 1D85
A. Full transcript

62. David Stone, Steve Haug, and Shannon Witt (2/23; 2/24/10) - 1D86
A. Full transcript

63. David Stone, Steve Haug, Joshua Stone, David Stone Jr., Tina Stone, Shannon Witt, Michael Meeks, Jared Lineweaver, Wendy Lineweaver, Eric Jackson, Britanny Bryant, Rich Kelly, Ray Stone, Ken Lineweaver, Dan Kelly, Richard LNU, and Elton LNU (3/13/10) - 1D87
A. 4-9
B. 43-45
C. 95-96
D. 97-98
E. 117-121
F. 143-146
G. 147-149

64. [Intentionally left blank]

65. David Stone, Steve Haug, Tina Stone, Joshua Stone, and Shannon Witt (3/18/10) - 1D88
A. 2-3
B. 10-13
C. 14-17
D. 22-23
E. 39-43
F. 47-50

10

G. 51
H. 52-56
I. 59-63
J. 65-71
K. 72-73
L. 77-78
M. 86-88

66.  David Stone and Steve Haug (3/15; 3/23/10) - 1D90
     A. Full transcript

67.  [Intentionally left blank]

68.  David Stone, Steve Haug, and Tina Stone (3/25; 3/26/10) - 1D92
     A. Full transcript

69.  Joshua Stone and Steve Haug (3/27/10) - 1D93
     A. Full transcript

70.  [Intentionally left blank]

71.  [Intentionally left blank]

72.  [Intentionally left blank]

73.  [Intentionally left blank]

74.  [Intentionally left blank]

75.  Video/audio recording of David Stone, Tina Stone, and Steve Haug (1/14/10) -
     1D99A
     A. Full transcript

76.  Video/audio recording of David Stone, Tina Stone, Joshua Stone, Shannon Witt,
     and Steve Haug (1/28/10) - 1D99B
     A. 9-18
     B. 17-20
     C. 23-33
     D. 36-38

77.  David Stone, Tina Stone, and Steve Haug (11/14/09) - 1D100
     A. Full transcript

78.  Video of David Stone at Joshua Stone's wedding - 1B

11

<u>Certain Computer and Miscellaneous Evidence</u>

79.     "THE HUTAREE RANK SYSTEM" from www.hutaree.com

80.     "About Us" from www.hutaree.com

81.     12/10/08 posts to SMVM forum

82.     IM chats between David Stone, Kristopher Sickles, and/or Joshua Clough

        A.  5/28/09 chat between David Stone and Joshua Clough
        B.  8/12/09 chat between David Stone and Joshua Clough
        C. 11/30/09 chat between Kristopher Sickles and Joshua Clough
        D. 12/1/09 chat between David Stone and Joshua Clough
        E.  2/19/10 chat between Kristopher Sickles and Joshua Clough
        F.  3/1/10 chat between Kristopher Sickles and Joshua Clough
        G. 3/25/10 chat between David Stone and Joshua Clough

83.     Hutaree YouTube Videos

        A. 1:53 video of Hutaree members conducting training, an explosive device, and
        the burning of a UN flag
        B. 2:01 video of Hutaree members conducting various assault techniques
        C. 2:25 video of Hutaree members practicing police tactics in clearing rooms
        D. 4:15 video of Hutaree members conducting a variety of military including
        forced entries; knife fighting techniques; fields of fire; vehicle cover; suppressing
        fire; man-down drills; and casualty extraction

84.     8/8/08 email to hutaree@yahoo.com

85.     8/8/08 email & thread from joe stonewall <hutaree@yahoo.com>

86.     8/14/08 email & thread from joe stonewall <hutaree@yahoo.com>

87.     10/14/08 email & thread from joe stonewall <hutaree@yahoo.com>

88.     12/9/08 email & thread from joe stonewall <hutaree@yahoo.com>

89.     6/23/09 email & thread from joe stonewall <hutaree@yahoo.com>

90.     E-mail and file attachments from David Stone to Steve Haug about EFP 1/20/10 -
        1A1

91.     CD - The Az Files

92.     Compact Disk with Hutaree website

93.     10/7/09 email & thread from joe stonewall <hutaree@yahoo.com>

94.     1/25/10 email & thread from joe stonewall <hutaree@yahoo.com>

95.     2/27/10 email & thread from joe stonewall <hutaree@yahoo.com>

96.     "Hutaree Team" photograph, 8/22/09

97.     1/15/09 sketch of David Stone's house

98.     [98-99 intentionally left blank]

99.

Search of 6021 Tomer Road, Clayton, MI  - 3/27/2010
(David, Tina, and Joshua Stone's Residence)

100.    FBI sketch of trailer - Tomer

101.    Packet of tacks - 1B720

102.    Reloading Manual - 1B720

103.    Radios -1B706

104.    Envelope with John Gerrard phone number handwritten and other numbers - 1B743

105.    Folder containing documents - 1B671:

        A. Bomb making instructions - 1B671
        B. Army Technical Manual 31-201-1 - Incendiaries

106.    auto sear diagrams and directions - 1B671

107.    Fuses - 1B267

108.    Envelope from Patriot Broadcasting Network, Koernke, containing pipe bomb/hand grenade diagrams - 1B711

109.    Miscellaneous Papers - 1B550

        A.  Paper with handwritten phone numbers
        B.  Hutaree business card

13

110.    Handwritten notes - militia unit list contacts and business cards - 1B556

111.    Hutaree Team assignment list - 1B630

112.    [Intentionally left blank]

113.    [Intentionally left blank]

114.    Training Notes - 1B678

115.    Video DVD - Explosives, Ordinance & Demolition - 1B93

116.    Folder containing: -1B752

      A. Computer protocol list
      B.. Hutaree phone number list
      C. Hutaree names.

117.    Radios - 1B583

118.    Army Field Manual - 5-3 4 - Engineer Field data - 1B498

      A. table of contents (I - vii)
      B. "movement formations" (1 pg. - 1-16)
      C. "shaped charges" (1 pg. - 9-48)

119.    Napkin with Su Press-On Inc. and address - 1B498

120.    Poem

121.    Kentucky trip speech.

122.     Receipt for sights - 1B678

123.    [Intentionally left blank]

124.    Miscellaneous papers - 1B498

      A.  Email receipts for clothing
      B.  Drawing of perimeter security
      C.  Notebook
      D.  Alert print out
      E.  Xerox of Su-Press-On. Inc. Ad for drop-in auto sear
      F.  Slip of Paper with "Hutaree language"
      G. Citigroup story
      H.. Article - Germany - Obama call for NATO

125.  "Establishment Elite Still in Control" - 1B498

126.  Box containing Hutaree uniform name plates and patches - 1B498

127.  Hutaree Flag - 1B498

128.  Bag containing 45 rounds of ammunition - 1B680

129.  Spent pyrotechnic - 1B622

130.  Two magazines- 1B716

131.  Scope - 1B716

132.  Laser sight  - 1B716

133.  Tactical Four Recticle Sight - 1B716

134.  Kevlar helmet - 1B716

135.  Bucket containing ammunition - 1B506

136.  Search Warrant Photos (31 photos A-EE)

137.  Magazines - 1B714

138.  Ammunition - 56 Rounds of 12 Gauge, 10 Rounds of 16 Gauge - 1B690

139.  Ammunition - 300 Rounds of .223 ammo - 1B704

140.  Ammunition - 175 Rounds of .223 ammo - 1B699

141.  Ammunition - Shell Casings - various calibers - 1B569

142.  Ammunition - 1B488

143.  Perimeter Defense System - 1B582

144.  Portable Radios - 1B580

145.  Ammunition - Two Boxes of 22 Golden Long Rifle Cartridges - 1B482

146.  High Capacity Magazine - 1B718

147.  Coffee Can - 1B725

148.  Video DVDs - 1B500

    A.  [Intentionally left blank]
    B.  [Intentionally left blank]
    C.  [Intentionally left blank]
    D. "High Risk Entry" - police tactics training video
        I. 7:18 - 10:00 - room entry
    E. "Sniper! Sniper!" - sniper training video
        I. 1:00 - 1:30 (introduction)
    F. "Art of Camouflage"

149.  DVD - Auto Sear - 1B660 (found in Clough's car on property)

150.  Ammunition Magazines - 1B499

151.  Gun Case - 1B715

152.  Various Gun Parts - 1B715

153.  Cardboard Box Containing Rifle and Pistol Magazines - 1B705

154.  Hobby fuse - 1B486

155.  Cardboard tubes - 1B486

156.  Switches - 1B486

157.  Two gas masks - 1B661

158.  Hutaree uniform - 1B661

159.  Ghillie Suit - 1B661

160.  One Revolver Fireshot (5 round) Iver Johnson Arms and Cycle Works, Serial No. 40314 - 1B608

161.  HI Point, Beemiller 9mm Model C9,  9 mm Luger, Serial No. P217490 - 1B632

162.  SAA .45 Revolver , LC,  Serial No. J45896 - 1B594

163.  Ruger .22 caliber Revolver, New Model Single Six, Serial No. 263/06034 - 1B596

164.  Glock 17 Pistol, Austria 9X9 mm,  Serial No. DE893US - 1B627

165.  High Point Model C9, 9mm Luger,  Serial No. P217499 - 1B629

166. Beretta Model 96, ACKK Maryland, .40 Caliber, Serial No. BER241234 - 1B631

167. .40 S & W Dessert Eagle Pistol, Serial No. 20314483- 1B595

168. Ruger Blackhawk. .45 Caliber Revolver, Serial No. 47/56060 - 1B597

169. .22 Caliber Revolver, Model Tex LR, Serial No. TX07031 - 1B593

170. Mossberg 20 Gauge Shotgun, 24 Inch Rifle Borem, Serial No. R049855. - 1B610

171. Panther Arms, DPMS 223-5.56 mm, Model A-15, Serial No. F039519K - 1B623

172. Remington Speed Master, Model 652 Rifle with 5 X 32 scope, Hand Engraved DL Number 5350730139605 - 1B665

173. Remington 870 Express Magnum 12 Gauge Shotgun, Serial No. A527407M - 1B606

174. Rock River Arms LAR 15 Rifle, 5.56 caliber, Serial No. CM95721 - 1B673

175. Mossberg Rifle, Model 320 B,  No Serial Number - 1B663

176. Ruger Model 10, .22 Caliber Rifle, .22 Tasco- USA , Model 10/22 Carbine - Green Pro Hunter Scope, Serial No. 118\81421 - 1B621

177. Mossberg 12 Gauge Shotgun, Serial No. R368682 - 1B667

178. Model 5B 12 Gauge Shotgun, Serial No. 1411381 - 1B620

179. Double Star Corp Green Black AR Rifle with Sight System,  556 mm, Star-15, Serial No. DS17822 - 1B664

180. Henry Repeating Arms .22 Caliber Long Rifle, Serial No. 243528H - 1B607

181. Mossberg Model 500A Shotgun, 12 Gauge, Serial No. P192694. - 1B668

182. Ruger Rifle, Model 10/22 Carbine, .22 Caliber, with Tasco Scope, Serial No. 240/72541 - 1B619

183. Ithaca Shotgun,  M-66 Super Single 20 Gauge, Serial No. 660973024 - 1B603

184. Bell & Carlson Rifle, Remington Model 700, with attached Bushnell scope, Serial No. 386655 - 1B602

185. Remington 870, Express Magnum Shotgun, Serial No. C091077U - 1B599

186. SGW 223, 5.56, MCO XM15AI Rifle, with attached Red Star Scope 3x20 - Serial No.  X1059 - 1B609    (Scope is Exh. 201)

187. Rifle with attached scope, includes Bipod, markings C AA/G-27, Serial No. L180756 - 1B612     (Scope is Exh. 202)

188. B.F.I. Rifle, 223, 5.56mm Model E2S, Serial No. L223861 -1B605

189. B.F.I. 223 Rifle, Model XM15-E2S, Windham, with Aim Point Scope, Serial No. L212998 - 1B598

190. Double Star Corp Rifle, 5.5 6mm, Star 15 Model,  Serial No. DS20124 - 1B611

191. Sturm, Ruger and Co., 10/22 Carbine .22 Long Rifle,  Serial No. 11392448 - 1B662

192. Double Star Corp, AR-15, 5.56 Caliber, Model Star 15 Rifle, Serial No. D0006088 - 1B666

193. Rifle with Aim Point Scope, Serial No. MGA0104 - 1B624

194. DPMS Rifle With Scope, Serial No. F012855K - 1B625    (Scope is 203)

195. ELA Company/EA company, .223 Caliber Rifle, 5.56 Model J-15, markings KP SPR:LA, Serial No. 11573. - 1B604

196. Four Gas Masks - 1B674

197. Blue Tote Full of Body Armor - 1B581

198. Bucket Containing Cardboard Tubes With Green DET Cord - 1B487

199. Plastic Tub Containing Ammunition (shell casings, shotgun casings and brass) - 1B497

200. Street sign - 1B675

201. Scope for Rifle - 1B609    (Rifle is Exh. 186)

202. Scope for Rifle - 1B612    (Rifle is Exh. 187)

203. Scope for Rifle - 1B625     (Rifle is Exh. 194)

204. Clear Tote containing Ammunition - 1B530

205. Ammo Can containing Ammunition - 1B647

206.    Ammo Can containing Ammunition - 1B590

207.    Ammo Can containing Ammunition -1B639

208.    Ammo Can containing- Ammunition - 1B634

209.    Ammo Can containing Ammunition - 1B651

210.    Ammo Can containing Ammunition - 1B588

211.    Ammo Can containing Ammunition - 1B644

212.    Ammo Can containing Ammunition - 1B638

213.    Ammo Can containing Ammunition - 1B633

214.    Ammo Can containing Ammunition - 1B648

215.    Ammo Can containing Ammunition - 1B635

216.    Ammo Can containing Ammunition - 1B646

217.    Ammo Can containing Ammunition - 1B653

218.    Ammo Can containing Spent Casings - 1B742

219.    Ammo Can containing Ammunition - 1B643

220.    Ammo Can containing Ammunition - 1B636

221.    Ammo Can containing Ammunition - 1B656

222.    Ammo Can containing Ammunition - 1B649

223.    Ammo Can containing Ammunition - 1B645

224.    Ammo Can containing Ammunition - 1B587

225.    Ammo Can containing Ammunition - 1B652

226.    Ammo Can containing Shrapnel - 1B637

227.    Ammo Can containing Ammunition - 1B591

228.    Ammo Can containing Ammunition - 1B584

229. Ammo Can containing Ammunition - 1B585

230. Ammo Can containing Ammunition - 1B710

231. Ammo Can containing Ammunition - 1B586

232. Ammo Can containing Ammunition - 1B589

233. Ammo Can containing Ammunition - 1B650

234. Ammo Can containing Ammunition - 1B628

235. Ammo Can containing Ammunition - 1B640

236. Ammo Can containing Ammunition - 1B655

237. Ammo Can containing Ammunition - 1B641

238. Ammo Can containing Ammunition - 1B642

239. Ammo Can containing Ammunition - 1B654

240. Ammo Can containing Ammunition - 1B713

241. Ammo Can containing Ammunition - 1B712

242. Bucket of Cardboard Tubes - 1B745

243. Bucket of Cardboard Tubes - 1B746

244. Garbage containing Large Cardboard Tubes - 1B736

245. Paper Shooting Targets - 1B502

246. Load Bearing Vest - No Name - 1B618

247. Load Bearing Vest - Kalore - 1B615

248. Load Bearing Vest - Merzonik - 1B613

249. Load Bearing Vest - Detweiler - 1B686

250. Load Bearing Vest - No Name - 1B614

251. Load Bearing Vest - Shykalla - 1B685

252.   Load Bearing Vest - Azuurlin - 1B688

253.   Load Bearing Vest - No Name - 1B616

254.   Load Bearing Vest - Dan - 1B617

255.   Load Bearing Vest - No Name - 1B687

256.   Go Bag containing Tiger Stripe Camouflage Clothing - 1B535

257.   Black Go Bag - Shykalla - containing Camouflage Clothing - 1B697

258.   Clough Go Bag - 1B660

259.   Go Bag - Dave Stone's Clothing with Patches - 1B532

260.   Black Go Bag - Josh Stone's - 1B708

261.   Grenmerk Vest - David Stone, Jr.'s  - 1B575

262.   Tan Vest - 1B575

263.   Freboick Vest - 1B575

264.   Load Bearing Vest - No name - 1B575

265.   Wieborvik Vest - 1B575

266.   Hutaree Tiger Stripe Uniform - Merzonik - 1B534

267.   Ammo Reloader Machine - 1B735

268.   Loose Ammunition - 1B509

269.   Magazine from long gun - SN1212998 - 1B514

270.   Loose Ammunition  - .223 Rounds - 1B508

271.   Loose Ammunition taken from Handgun SN 341-62452 (Exh.283)  - 1B516

272.   Loose Ammunition and Magazines - 1B511

273.   Magazine taken from Handgun - SN341-62452 (Exh. 283) - 1B519

274.   Loose Ammunition - 1B512

275.   Loose Ammunition from gun SN J45896 - 1B581

276.   Ammunition taken from gun SN1212998 - 1B513

277.   Loose Ammunition - 1B521

278    Loose Ammunition - 1B520

279.   Loose Ammunition - 1B515

280.   Four Magazines - 1B527

281.   Magazine from long gun SNF039519K - 1B523

282.   Magazines and Loose Ammunition - 1B525

283.   Sturm Ruger P94 - handgun - SN34162452 - 1B592

Evidence associated with David Stone and/or Tomer Road

284.   Handwritten note from David Stone to Steve Haug 3/24/09 - 1A18

285.   Photos from David Stone's wedding (7 photos A-G)

286.   Log of black powder sales - Johnson Sporting Goods

287.   Documents given to Steve Haug by David Stone on 2/6/10
       A. Maps
       B. Directions
       C. EFP photo and schematic

288.   Two pages of instructions on how to make shape charges 3/13/10 given to Steve
       Haug - 1A2

289.   Five cardboard tubes - 1B465

290.   Ten cardboard end caps - 1B465

291.   Two cardboard tubes with attached fuse and paper inserted in one end - 1B466

292.   Two metal pipe nipples each with a metal end cap attached on one end - 1B467

293.   Two metal end caps - 1B467

294.   Two blue and one brown cardboard tubes - 1B472

295. Photographs of explosives seized during search of Tomer Road (64 photos A-LLL)

296. [296-299 intentionally left blank]

297.

298.

299.

Search of David Stone's SUV - 3/27/10

300. Photograph (6 photos A-F)

301. Generic AK74, 2 3/4" Stamped 2427 A0382427 - 1B390

302. M13 Scope for Generic AK 74, serial number 13678 - 1B391

303. Double Star Corp. Model Star-15 Caliber 5.56mm, Serial No. D0006086 - 1B387

304. Scope Mount - Double Star Corp Model - Serial No. M16A1/M16A2 - 1B388

305. Scope for Double Star, Serial No. 013678 - 1B389

306. Contact List with names located in coat pocket - 1B395

307. List of Names and Numbers from purse - 1B407

308. Magazine pouch with cleaning kit - 1B393

309. Four 30 round magazines - 1B411

310. Three ammunition magazines - 1B412

311. Seventy-three (73) green tipped bullets - 1B409

312. DVD - Government Gone Wild - 1B401

313. Hutaree Patch and Flag - 1B396

314. Homemade Cherry Bomb Manual - 1B400

    A. Front cover
    B. Pg.1 (Intro)
    C. Pg.5 (mixing of powders)

D. Inside back cover

315.    One hundred twenty (120) bullets, 545 X 39 - 1B408

316.    Metal Street Sign - 1B402

317.    Metal Street Sign - 1B403

318.    Metal Street Sign - 1B404

319.    Metal Street Signs - 1B405

320.    [320 - 325 intentionally left blank]

321.

322.

323.

324.

325.

Search of 1940 Calumet Avenue, Whiting, Indiana - 3/27/10
(Thomas Piatek Residence)

326.    Wooden Crate containing Ammunition - 1B145

327.    Wooden Crate containing Ammunition - 1B134

328.    Ammunition Can containing Ammunition - 1B103

329.    Large Ammo can containing ammunition - 1B194

330.    Large Ammo can containing Ammunition - 1B197

331.    Large Ammo Can containing Ammunition - 1B120

332.    Large Ammo Can containing Ammunition - 1B118

333.    Large Ammo can containing Ammunition - 1B119

334.    Large Ammo can containing Ammunition - 1B189

335.    Large Ammo Can containing Ammunition - 1B193

336. Loose ammunition- 1B171

337. Loose ammunition and drum magazines - 1B153

338. Bag of Loose Ammunition - 1B185

339. Ammo can (wooden box) containing Ammunition - 1B209

340. Ammo can containing Ammunition - 1B221

341. Ammo can containing Ammunition - 1B207

342. Ammo can containing Ammunition - 1B212

343. Ammo can containing Ammunition - 1B215

344. Ammo Can containing Ammunition - 1B125

345. Cardboard Box containing Ammunition - 1B227

346. Five (5)  - Fifty Caliber Bullets - 1B125

347. Cardboard box containing Ammunition - 1B108

348. Cardboard box containing Ammunition - 1B110

349. Cardboard box containing Ammunition - 1B136

350. Cardboard box containing Ammunition - 1B201

351. Cardboard box containing Ammunition - 1B188

352. Cardboard box containing Ammunition - 1B115

353. Cardboard Box containing Ammunition - 1B155

354. Cardboard Box containing Ammunition - 1B182

355. Cardboard Box containing Ammunition - 1B109

356. Cardboard box containing Ammunition - 1B159

357. Three (3) Cardboard Boxes containing Ammunition - 1B132

358. Cardboard Box containing Ammunition- 1B102

359. Card board Box containing Ammunition - 1B156

360. Cardboard Box containing Ammunition - 1B158

361. Cardboard Box containing Ammunition - 1B157

362. Cardboard Box containing Ammunition - 1B104

363. Small Ammo Can containing Ammunition - 1B217

364. Two Boxes of Ammunition - 1B113

365. Ammo Can and Shotgun Shells tapped together - 1B160

366. White Five (5) Gallon Bucket containing .50 caliber rounds - 1B142

367. Miscellaneous Ammunition - Sixteen (16) Boxes - 1B091

368. Small Ammo Can containing Ammunition - 1B222

369. Ammo Can containing Ammunition - 1B128

370. Ammo Can containing Ammunition - 1B162

371. Wooden Crate containing Ammunition - 1B117

372. Wooden Crate containing Ammunition - 1B116

373. Wooden Crate containing Ammunition - 1B199

374. Two (2) Small Cardboard Boxes of Ammunition - 1B133

375. Ammo Can containing Ammunition - 1B216

376. Small Ammo Can containing Ammunition - 1B210

377. Small Ammo Can containing Ammunition - 1B225

378. Ammo Can containing Ammunition - 1B126

379. Ammo Can containing Ammunition - 1B223

380. Ammo Can containing Ammunition - 1B220

381. Small Ammo Can containing Ammunition - 1B181

382.    Small Ammo Can containing Ammunition - 1B224

383.    Small Ammo Can - 1B218

384.    Ammo Can containing Ammunition - 1B190

386.    Ammo Can containing Ammunition - 1B121

387.    Ammo Can containing Ammunition - 1B123

388.    Ammo Can containing Ammunition - 1B124

389.    Ammo Can containing Ammunition - 1B139

390.    Ammo Can containing Ammunition - 1B208

391.    Ammo Can containing Ammunition - 1B219

392.    Box of loose Ammunition and empty Magazines - 1B192

393.    Two Cardboard Boxes of Ammunition - (2 boxes) A & B - 1B143

394.    Cardboard Box containing Ammunition - 1B206

395.    Ammo Can containing Ammunition - 1B122

396.    Cardboard Box containing Ammunition - 1B105

397.    Cardboard Box containing Ammunition - 1B107

398.    Cardboard Box containing Ammunition - 1B111

399.    Cardboard Box containing Ammunition - 1B180

400.    Cardboard Box containing Ammunition - 1B202

401.    Cardboard Box containing Ammunition - 1B106

402.    Cardboard Box containing Ammunition - 1B114

403.    Cardboard Box containing Ammunition - 1B200

404.    Cardboard Box containing Ammunition - 1B112

405.    Bag of loose Ammunition - 1B096

406.    Bankers Box of loose Ammunition - 1B129

407.    Bankers Box of loose Ammunition - 1B090

408.    Wooden Drawer with Magazine Clips- 1B177

409.    Pelican Case with Night Vision Goggles - 1B127

410.    Loose Ammunition in a Drum Magazine - 1B130

411.    Tasco Scope  - 1B196

412.    Mounting Scope - 1B144

413.    Kevlar Helmet - 1B131

414.    Two magazines - 1B081

415.    One Magazine - 1B086

416.    One Magazine - 1B070

417.    Two (2) Magazines (taken from B216729 - Exh. 478) - 1B082

418.    Two (2) Magazines and One (1) Dummy Round for a Long Gun - 1B084

419.    Two (2) Magazines - 1B083

420.    Two Magazines - 1B080

421.    Two Magazines - 1B185

422.    Magazines and Rectile Tactical Sight - 1B092

423.    Four (4) Magazines - misc. ammo holder and camouflage clothing - 1B154

424     Magazines and Ammunition - 1B204

425.    Book - "Dragnar's Homemade Detonators" - 1B093

        A. Front Cover
        B. Table of Contents
        C. Preface (pg.3)
        D. pgs. 42, 45

426.    [Intentionally left blank]

427.    Book - "Vicki, Sam, and America - How the Government Killed all Three,"
        authored and signed by Randy Weaver - 1B093

        A. Front Cover
        B. 1st cover page with autograph
        C. Table of Contents
        D. pgs. 109-113

428.    Bumper Stickers - 1B093

        A. "When the Going Get Tough - I Get A Machine Gun"
        B. Anti U.N. (U.N. symbol with red circle and slash through it)

429.    Militia Field Manual,  SOP - PM-10-08 - June 2008 - 1B757

        A. Table of Contents
        B. pgs. 4-5

430.    Publication - Sniper - Training and Employment - TC 23-14 - June 1989 - 1B173

        A. Table of Contents
        B. P.4-3 (Ghillie Suit)

431.    Documents - 1B173

        A.  "Understanding the Police State"
        B.  "The Patriot's Prayer"

432.    [Intentionally left blank]

433.    [Intentionally left blank]

434.    "Silent Weapons for Quiet Wars" - 1B163

        A. Front Page
        B. Pg. 2-7

435.    [Intentionally left blank]

436.    [Intentionally left blank]

437.    [Intentionally left blank]

438.    Improvised Munitions Handbook - 1B205

        A. Table of Contents

29

        B. pgs. 73-74
        C. pgs. 90-92

439.    A. [Intentionally left blank]

        B. "Red Sky" by Ron Rendelman

            I. Cover
            ii. Introduction
            iii. pg. 118

440.    Technical Manual for M-16 & Operation Manual for Misr Semi-Automatic Rifle - Cal 7.62 x.39mm - 1B205

441.    [Intentionally left blank]

442.    [Intentionally left blank]

443.    Search Warrant Photos (4 photos A-D)

444.    Four (4) Boxes of 7.62 x 39 Rounds - 1B205

445.    Extended Drum Magazine - 1B205

446.    Extended Drum Magazine - 1B205

447.    Gun Cleaning Kit - 1B205

448.    Six Empty Magazines - 1B205

449.    Green Army Backpack - 1B176

450.    Point Blank Body Armor and Metal Plate (white vest) - 1B141

451.    [Intentionally left blank]

452.    [Intentionally left blank]

453.    [Intentionally left blank]

454.    Military Operations on Urbanized Terrain (MOUT) - FM 90-10 - 1B141

455.    [Intentionally left blank]

456.    Two (2) Extended Drum Magazines - 1B179

457. Thirteen (13) Rifle Magazines - 1B179

458. One (1)  Miscellaneous Magazine - 1B179

459. .50 Caliber Armor Piercing Bullet - 1B179

460. One Point Blank Body Armor - with Plate - 1B176

461. Four (4) Gas Masks in Canvas Bags - 1B176

462. Bag containing Ammunition - 1B095

463. Ammo can containing.30 caliber ball - 240 cartridges - sealed. - 1B140

464. Two (2) Straw Hats containing .50 Caliber Projectile - 1B140

465. One (1) Box of Remington .22 Long Rifle Hollow Point Ammunition - 1B140

466. One (1) Case of Federal 12 Gauge Shot Gun Shells - 1B140

467. Three (3) Boxes of 7.62. X 51 Ammunition - 1B140

468. Three (3) .22 Long Ammunition - 1B140

469. Eight (8) Boxes 7.62 x 51 Ball Ammunition - 1B140

470 . A & B - Two (2) Camouflage Jackets -  Kavatoor & 1 Camouflage jacket and 1 pair of pants - 1B154 - ********

471. One (1) Box of Federal 9 mm Ammunition - 1B154

472. One (1) Magazine with 223 Rounds - 1B154

473. Bags of various Ammunition - 1B154

474. Colt, .22 Caliber, Serial No. PH10235 - 1B080

475. Sigsauer, Model P228 9mm, Serial No. B138129 - 1B083

476. Colt Series 80, Model M1991A1, Serial No. 2741457 - 1B088

477. Handgun - Ruger Long Rifle, .22 Caliber Semi, Serial No. 22588473 - 1B097

478. Smith & Wesson, .38 Special, Model 60, Serial No. BRU3765 - 1B087

479. Beretta, 9mm Model 92FS, Serial No. L65909Z - 1B086

480.   Sigsauer, Model P228, Serial No. B216729 - 1B082

481.   Beretta 9mm, Serial No.L62696Z  - 1B084

482.   Sigsauer, Model P229, Serial No. AD14714 - 1B081

483.   Handgun in Red Ruger box, .22 caliber, Model NRA, Serial No. 20141 - 1B186

484.   Smith & Wesson, Model 66-4, Serial No. CAA4220 - 1B079

485.   Kurz Pistol, 380 caliber 9mm, Serial No. DA28955 - 1B094-3

486.   Derringer Pistol, Davis Industries, .32 Caliber, Model D/32, Serial No. 502509 - 1B094-1

487.   Beretta, .32 caliber, 3032 Tom Cat, Serial No. DAA262517 - 1B094-2

488.   Savage 22 short long or long rifle, Model 63, no serial number - 1B191

489.   AK47 Rifle, Model BWJ-92 Sporter, Serial No. 303217, 1B169

490.   AK47 Rifle with Collapse Stock, 7.62 x 30 caliber, Serial No. CM18149 - 1B183

491.   Rifle, Maadi Co. in Egypt, 7.62 caliber, no serial number - 1B175

492.   State Arms Co., Model SE115, Serial No. 121297 - 1B058

493.   Bolt Action Rifle (w/bolt detached), Japanese markings with 16 petal Chrysanthemum Symbol stamped on receiver, Kokura Arsenal 1935-1945, Serial No. 33380 - 1B100

494.   GEVARSFAKTORI 1916, Serial No. HK 400808 - 1B071

495.   XM-15 E2, Sendra Corp., Cal 5.56 mm, Serial No. 02767 - 1B077

496.   Springfield US Rifle MIA , Serial No. 085102 - 1B063

497.   Mossberg .22 Long Rifle, Serial No. 115786 - 1B066

498.   Winchester 12 Gauge, Model 1300, Serial No. L2265905 - 1B067

499.   Beretta, 12 Gauge, Model 1201 FP, Serial No. A13802L - 1B075

500.   Misr S/A 7.62 x 39 mm Semi Auto Rifle, Serial No. CM12801 - 1B059

501.  Rom Arm, Model CN 7.62 x .32 mm, Serial No. S1-65705-2002 - 1B064

502.  Russian Bolt Action Rifle, Model 1938 7.62 x 54 C.A.I., Serial No. M3804134 - 1B061

503.  CN Rom Arm, 7.62 x 39mm, Serial No. S1-63234-2002 - 1B074

504.  Ruger, Model 10/22 Caliber Carbine, Serial No. 238-68765 - 1B098

505.  Remington, Model 870, 12 gauge, 2/3/4 barrel, Serial No. B901921M - 1B073

506.  Bolt Action Rifle, 7.52 x 54 caliber, Serial No. 16567M44 - 1B072

507.  Springfield Armory .30 Caliber, Serial No. 1792960 - 1B057

508.  Century Arms R1A1 Sporter, 308 Caliber, Serial No. NC001632 - 1B068

509.  Mossberg and Son .22 Caliber, LR, Semi-automatic, Serial No. 151M6 - 1B099

510.  GP WASR 7.62 x 39 mm, Serial No. SBN-3391-86R0 - 1B076

511.  Hesse Model 47 .223 Caliber, Serial No. K005582 - 1B062

512.  Winchester Model 94AE 44 caliber, Serial No. 6188623 - 1B056

513.  BFI Rifle in box, Model XM15-E2S, 22/3-5.56 mm, Serial No. L045594 - 1B195

514.  Century Arms R1A1 Sporter, 308 Caliber, Serial No. 01-02926 - 1B070

515.  Remington, .308 Caliber, Model 700, Serial No. G6236814 - 1B069

516.  Remington Shotgun, Model 870 12 Gauge, Serial No. T734864V - 1B101

517.  GEVARSFAKTORI 1922, Serial No. HK 498757 - 1B078

518.  Beretta Shotgun with box, Model 1201 FP, 12 Gauge, Serial No. A16766L - 1B185

519.  State Arms .50 Caliber, Serial No. MQM15 - 1B065

520.  [520 - 525 intentionally left blank]

521.

522.

33

523.

524.

525.

Search of 10480 Church Road, North Adams, MI -  - 3/30/11
(Bob Dudley Woods)

526.    Sketch of North Adams property - 1A41

527.    Photos of North Adams property (10 photos A-J)

528.    Roll of Tape with Militia leader names written on it - 1B330

529.    Green Zippered bag full if various ammunition - 1B427

530.    Six boxes of ammunition - Remington - 1B414

531.    Bucket containing boxes of ammunition - 1B414

532.    Mossberg and Sons, Model 185K, 20 Gauge Shotgun, no serial number - 1B415

533.    KBI Inc. Russian SKS-45, 7.62 x 39mm, Serial No. RH607961 - 1B416

534.    JC Higgins Model 20, 12 Gauge, no serial number - 1B418

535.    KBI Inc. Russian SKS-45, 7.62 x 39mm, stamped CB5142N,
        Serial No. RH607962 - 1B417

536.    Remington 30-06, Model 721, SPRG, Serial No. 86535 - 1B420

537.    Remington .22 Model 550, .22 Short Long Rifle (SLR), no serial number - 1B421

538.    [538-540 intentionally left blank]

539.

540.

Search of 1221 S. Main, Apt. #35, Adrian, MI -  3/27/10
(David Stone, Jr's Residence)

542.    Hutaree Jacket - 1B791

34

543. Camouflage Jacket - 1B799

544. Hutaree Dog Tag - 1B794

545. Hutaree T-shirt - 1B790

546. Colonial Fireworks T-shirt - 1B790

547. [547-550 intentionally left blank]

548.

549.

550.

Search of 78 Cedarwood, Sandusky, OH - 3/27/10
(Kristopher Sickles Residence)

551. Bolt Action rifle - Unknown M91-30, SN: TP7699 - 1B-760-7

552. Century arms Long Gun, SN: GLN05957 - 1B-760-2

553. Highpoint, Model 4095 Long Gun, SN: H15650 - 1B-760-3

554. Mak 90 Long Gun, SN: 618621 - 1B-760-1

555. Bushmaster AR-15 Rifle, SN: BFI453158 - 1B-760-6

556. Rifle, Unknown Maker, SN: Z6894 - 1B-760-5

557. Taurus Handgun - SN: VL64692 - 1B-758

558. Bersa .380 ACP Pistol, SN/563399 - 1B-760-8

559. Taurus PT22 Handgun, SN: AWJ25450 - 1B-760-9

560. Steyr M9 Handgun, SN: 037502 - 1B-760-10

561. Smith and Wesson .357 Magnum Handgun, SN: CDD0028686-5 - 1B-760-11

562. GP-WASR 10/63 Long Gun, SN 4818-76 - 1B-759

563. Norinco Model 320 Sub Gun, SN: MSA 04695 - 1B760-4

564. Vest - Ghillie Suit - 1B774

565.    Hutaree shirt - 1B774-5

566.    Kevlar Helmut - 1B774

567.    Gas Mask - 1B774

568.    Ibe Laser Scope - 1B774-67

569.    NVG - 1B774-39

570.    NVG Range Finder - 1B774-39

571.     LBE - 1B774

572.    Box of Ammunition and Magazines - 1B768- A & B

573.    2 boxes of Ammunition - 1B761

574.    3 boxes of Ammunition - 1B762

575.    3 boxes of Ammunition - 1B763

576.    3 boxes of Ammunition - 1B764

577.    Box of Ammunition - 1B765

578.    3 boxes of Ammunition - 1B766

579.    2 rounds - 1B758-66

580.    Rounds - 1B775-67

581.    Ammunition magazines - 1B775-67

582.    Ammunition magazines - 1B775-43

583.    Ammunition magazines - 1B775-43

584.    Rounds - 1B759-45

585.    Ammunition magazines - 1B759-45

586.    5 rounds - 1B758-1

587.    Photographs - 1B774 - (3 photos A-C)

588. "Behold a Pale Horse" by William Cooper - 1B774

    A. Front Cover
    B. Table of Contents
    C. Chart

589. Search Warrant Photos (7 photos A-H)

590. YouTube Video - Kristopher Sickles

591. Photograph of defendant Sickles tattoos on his left arm

592. Ammunition can with miscellaneous ammo - 1B767

593. Ammunition can with magazines and ammo - 1B767

594. Subscriber information MySpace-inc.com for User #20563965

595. [Intentionally left blank]

Search of 5135 Timber Lane, Norvell, MI -  3/31/10
(Mike Meeks' Residence)

596. "Establishment Elite Still in Control" given to Steve Haug by Michael Meeks 12/12/09 - 1A29

597. [Intentionally left blank]

598. [Intentionally left blank]

599. Ammunition magazines - 1B813

600. Meeks Load Bearing Equipment -  Thusilek - 1B298

601. WACO Wire - 1B280

602. Hutaree Jacket - 1B329

603. Search Warrant Photos (7 photos A-G)

604. Large case containing multiple DVDs. - 1B297

605. Bag of ammunition - 1B284

606. Box of ammunition - 1B319

607.   Box of ammunition - 1B312

608.   7.62 x 39 mm WASR 10 rifle, serial 1-30625-2002 - 1B283

609.   7.62 AR style rifle - 1B317

610.   Bushmaster 223 rifle - 1B289

611.   Colt 223 rifle, serial CMH019838 - 1B306

612.   [Intentionally left blank]

613.   Scope for weapon - split from weapon - 1B306

614.   The Liberty Tree Radio - circular - 1B278

615.   Index card with Hutaree contact information - 1B278

616.   [Intentionally left blank]

617.   [Intentionally left blank]

618.   D. "Art of Camouflage"

619.   OC Spray - 1B301

620.   Extended ammunition magazine - 1B294

621.   Ammunition drum magazine - 1B303

622.   Explosive Books - 1B315

A. Improvised Munitions Handbook
B. Unconventional Warfare Devices & Techniques
C. Explosives and Demolition
D. Booby Traps
E. Secret Two Component High Explosive Mixtures and Improvised Shape
   Charges (the government would seek to admit scanned images of the front
   cover and Part II - Shaped Charges, pg. 1 - 31)
F. The Original Poor Man's James Bond, Vol. 1 by Kurt Saxon (the government
   intends to mark the book for identification, submit scanned images of the front
   cover and the table of contents as marked below and have the seizing agent
   summarize some of the concepts found  within the book)

623.   Box of ammunition - 1B316

38

624.    Binder - Hutaree Emergency Handbook with police codes - 1B315

625.    Hutaree uniforms - gas canisters - 1B325

626.    Box of Ammunition - 1B318

627.    Tub of Ammunition - 1B358

628.    Box of Ammunition - 1B328

629.    Ammunition - 1B357

630.    Ammunition - 1B348

631.    Ammunition - 1B349

632.    Ammunition - 1B345

633.    Ammunition - 1B350

634.    Ammunition - 1B337

635.    Ammunition - 1B353

636.    Ammunition - 1B354

637.    Ammunition - 1B356

638.    Ammunition - 1B355

639.    Ammunition - 1B342

640.    Ammunition - 1B341

641.    Ammunition - 1B343

642.    Ammunition - 1B347

643.    Ammunition - 1B361

644.    Ammunition - 1B357

645.    Ammunition - 1B346

646.    Night Vision Goggles - 1B335

647. [Intentionally left blank]

648. Ammunition - 1B344

649. Ziploc bag of 12 gauge shotgun shells

650. [650-655 left intentionally blank]

651.

652.

653.

654.

655.

Scientific/Expert Witness Evidence

656. Latent Print Examiner Exhibit - Fingerprint chart

657. Chart presented by Latent Print Examiner

658. Major case fingerprint card - David Stone

659. Major case fingerprint card - Joshua Stone

660. Metal pieces taken from Demlow Products on 8/4/2010 - 1B817

661. Secondary evidence from latent print operations unit - on 4/29/11 - Lab 100430016 - GKAAH  - prints from some of the illegal guns - 1B811

662. One Black pelican case containing material used by FBI Explosives Unit - received by FBI Detroit 6/2/2011 - 1B834

663. Road sign - Dual arrow metal street sign - received by Steve Haug  - Placed in FBI evidence on 3/18/2010 - 1B055

664. Shrapnel - previously split from 1B637

665. Three Small Brown Cardboard Tubes - 1B487

666. Three Blue Cardboard Tubes - 1B746

667. Box containing:

A. Beaumont coffee can
B. Meijer coffee can - received by Steve Haug on 3/18/210 - 1B054

668.    7.5.oz Metal can labeled Bush's Original Baked Beans - received by Steve Haug 3/18/2010 - 1B053

669.    DVD - Explosive testing - June 3, 2010

670.    FBI Lab Report "Improvised Explosive Device Demonstrations" - June 3, 2010

671.    Photos from explosive testing June 3, 2010 (52 photos A-ZZ)

672.    DVD - Explosive testing - June 13, 2011

673.    FBI Lab Report "Improvised Explosive Device Demonstrations" - June 13, 2011

674.    Photos from explosive testing June 13, 2011 (54 photos A-BBB)

675.    Curriculum Vitae - Richard Stryker

676.    Curriculum Vitae - Jeremy Wintz

677.    Curriculum Vitae - Brian Luettke

678.    Curriculum Vitae - Robert Mothershead

679.    [Intentionally left blank]

680.    Curriculum Vitae - Michael Powell

681.    DVD - Test fire video 2/4/11

682.    National Firearms Act Determination Statement - 4/28/10

683.    Firearms Technology Branch Report of Technical Examination - 5/17/10

684.    Firearms Trace Summary Report - Double Star Corp., .223 Remington/5.56 mm caliber rifle, Model Star-15, serial D0006086

685.    Firearms Trace Summary Report - Sturm, Ruger & Co., .22 caliber rifle, Model 10/22 Carbine, serial 113-92448

686.    Firearms Trace Summary Report - Double Star Corp., .223 Remington/5.56 mm caliber rifle, Model Star-15, serial DS17822

687.   Firearms Trace Summary Report - Bushmaster .223 rifle, Model XM15-E2S, serial L212998

688.   Firearms Trace Summary Report - Double Star Corp., .223 caliber/5.56 mm caliber rifle, Model Star-15, serial D0006088

689.   ATF Form 4473 dated 01/11/01, purchaser Ray Dean Stone

690.   ATF Form 4473 dated 4/18/08, purchaser Ray Dean Stone

691.   ATF Form 4473 dated 4/18/08, purchaser David Brian Stone

692.   ATF Form 4473 dated 4/18/08, purchaser Joshua Matthew Stone

693.   ATF Form 4473 dated 7/8/08, purchaser David Brian Stone

694.   ATF Form 4473 dated 10/19/08, purchaser David Brian Stone

695.   ATF Form 4473 dated 11/22/08, purchaser David Brian Stone

696.   ATF Form 4473 dated 10/15/09, purchaser David Brian Stone

697.   ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a Machinegun, a Double Star Corporation 5.56 mm rifle, Model Star-15, serial number DS17822.

698.   ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a Machinegun, a Bushmaster .223 caliber rifle, Model XM15-E2S, serial number L212998.

699.   ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a Machinegun, a Double Star Corporation 5.56 mm. rifle, Model Star-15, serial number D0006088.

700.   ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a Machinegun, a Mega Machine Shop, Inc., .223 caliber rifle, Model M.M.S., serial number MGA0104.

701.   ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a rifle with a barrel less than 16 inches, a Double Star Corporation 5.56 mm. caliber rifle, Model Star-15, serial number

D0006086.

702. ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a rifle with a barrel less than 16 inches, an E.A. Company, .223 caliber rifle, Model J-15, serial number EA11573.

703. ATF Certificate of No Evidence in the National Firearms Registration and Transfer Record of Registration, Acquisition by Lawful Manufacture, Importation, Making By, or Transfer to Any Person of a rifle with a barrel less than 16 inches, a Sturm Ruger & Company .22 caliber rifle, Model 10/22, serial number 113-92448.

43

The Government reserves the right to supplement this list and to offer and introduce additional exhibits during the course of trial as necessary for impeachment, rebuttal, or other good cause.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

s/ *Christopher Graveline*
Christopher Graveline
Sheldon N. Light
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan  48226
Phone:  (313) 226-9155
E-mail: Christopher.graveline2@usdoj.gov

Date: February 13, 2012

44