| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:10CR20123-023 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:13:PT-13 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>STONE, Joshua Matthew<br>North Adams, MI 49262 | DISTRICT<br><br>Eastern District of Michigan | DIVISION<br><br>Detroit |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Victoria A. Roberts | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>08/08/2012 | TO<br><br>08/07/2014 |
|---|---|---|---|

| OFFENSE<br>18 U.S.C. § 922(o) and 18 U.S.C. § 924(a)(2)<br>Possession of a Machine Gun |
|---|

FILED FEB 28 2013 CLERK'S OFFICE DETROIT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ MICHIGAN _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Michigan___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___2/10/13___
*Date*

___[signature] Victoria A. Roberts___
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Michigan _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___February 28, 2013___
*Effective Date*

___/s/ Robert J. Jonker___
*United States District Judge*