| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:10CR20123-01 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:13:PT-20 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| STONE, David Brian<br><br>North Adams, MI 49262 | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Victoria A. Roberts | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 08/12/2012 | TO 08/07/2014 |

**OFFENSE**
18 U.S.C. § 922(o) and 18 U.S.C. § 924(a)(2):  Possession of a Machine Gun

F I L E D
APR - 9 2013
CLERK'S OFFICE
DETROIT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____MICHIGAN_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _WESTERN DISTRICT OF MICHIGAN_____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

MAR 2 8 2013
_____
*Date*

_Victoria O. Roberts_
_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____WESTERN_____ DISTRICT OF _____MICHIGAN_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 8, 2013
_____
*Effective Date*

/s/ Paul L. Maloney, Chief Judge
_____
*United States District Judge*